Argued April 16, 1980. Patrick J. Rega, for appellant; Fred J. Sentner, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and CAVANAUGH, BROSKY, WICKERSHAM, MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

The order of the court below is affirmed.

428 A.2d 686

Commonwealth v. Wilson, F., Appellant.

December 6, 1979. Elaine DeMasse, Deputy Chief, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgments of sentence affirmed.

428 A.2d 686

Commonwealth v. Wilson, R., Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.